1  Edward W. Swanson SBN 159859
   SWANSON & McNAMARA LLP
2  300 Montgomery Street, Suite 1100
   San Francisco, California 94104
3  Telephone: (415) 477-3800
   Facsimile: (415) 477-9010
4
   Attorney for JOHN DEMUNCK
5

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No. CR 10-0410 VRW
12 |         Plaintiff,                | **STIPULATION AND [PROPOSED]**
   |                                   | **ORDER CONTINUING STATUS**
13 |   vs.                             | **CONFERENCE**
   | JOHN DEMUNCK,
14 |
   |         Defendant.
15

16     Defendant John Demunck, by and through Edward W. Swanson, and the United States of

17 America, by and through Assistant United States Attorney Owen P. Martikan, hereby stipulate

18 and agree as follows:

19     1)   A status conference in the above-captioned matter is currently scheduled for July

20 1, 2010 at 2:00 p.m.

21     2)   The parties are negotiating a resolution as to the charges in this matter but require

22 additional time to finalize the terms of their agreement.

23     3)   The parties therefore request that the status conference be rescheduled to ~~July 15~~ Sept 2,

24 2010 at 2:00 p.m.

25 ///

26

27

28

1    4)    The parties agree that the ends of justice served by this continuance outweigh the
2 best interests of the public and the defendant in a speedy trial and therefore request that time be
3 excluded until ~~July 15, 2010~~ September 2, 2010 pursuant to 18 U.S.C. § 3161(h)(7).

4

5    IT IS SO STIPULATED.

6

7 Dated: June 30, 2010                               /s/
                                         Edward W. Swanson
                                         SWANSON & McNAMARA LLP
8                                        Attorneys for JOHN DEMUNCK

9
10 Dated: June 30, 2010                              /s/
                                         Owen P. Martikan
                                         Assistant United States Attorney
11

12

13

14                              **ORDER**

15    PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Court finds that the ends
16 of justice served by this continuance outweigh the best interests of the public and the defendant
17 in a speedy trial and therefore orders that time is excluded until ~~July 15, 2010~~ September 2, 2010 pursuant to 18
18 U.S.C. § 3161(h)(7).

19

20 Dated: 6/30/2010
21                                         _____
                                         Hon. Vaughn R. Walker
22                                        Chief United States District Judge

**Stipulation and [Proposed] Order for Continuance**
*United States v. Demunck*, CR 10-0410 VRW        2