1  Edward W. Swanson SBN 159859
   SWANSON & McNAMARA LLP
2  300 Montgomery Street, Suite 1100
   San Francisco, California 94104
3  Telephone: (415) 477-3800
   Facsimile: (415) 477-9010
4
   Attorney for JOHN DEMUNCK
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 10-0410 VRW |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| vs. | **ORDER CONTINUING SENTENCING** |
| JOHN DEMUNCK, | |
| Defendant. | |

     Defendant John Demunck, by and through Edward W. Swanson, and the United States of America, by and through Assistant United States Attorney Owen P. Martikan, hereby stipulate and agree as follows:

     1)    Sentencing in the above-captioned matter is currently scheduled for November 4, 2010 at 2:00 p.m.

     2)    The probation officer requires additional time to complete the presentence report prior to the sentencing hearing.

     3)    ~~Due to the unavailability of the Court,~~ the parties hereby request that sentencing be specially set on November 17, 2010 at 10:00 a.m.  Defense counsel has confirmed with Judge Walker's clerk that this date is available.

     4)    Probation Officer Sara Black has no objection to this continuance.

/ / /

1     5)      The parties agree that the ends of justice served by this continuance outweigh the
2 best interests of the public and the defendant in a speedy trial and therefore request that time be
3 excluded until ~~July 15~~ Nov. 17, 2010 pursuant to 18 U.S.C. § 3161(h)(7).

4

5     IT IS SO STIPULATED.

6

7 Dated: October 5, 2010                              /s/
                                          Edward W. Swanson
                                          SWANSON & McNAMARA LLP
8                                         Attorneys for JOHN DEMUNCK

9
10 Dated: October 5, 2010                              /s/
                                          Owen P. Martikan
                                          Assistant United States Attorney
11

12

13

14                              **ORDER**

15     PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Court finds that the ends
16 of justice served by this continuance outweigh the best interests of the public and the defendant
17 in a speedy trial and therefore orders that time is excluded until November 17, 2010 pursuant to
18 18 U.S.C. § 3161(h)(7).

19
20 Dated: 10/7/2010
21                                         _____
                                          Hon. Vaughn R. Walker
22                                         Chief United States District Judge

---

**Stipulation and [Proposed] Order for Continuance**
*United States v. Demunck*, CR 10-0410 VRW          2